# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br><br> Plaintiff, <br> v. <br><br> DEEPAM, INC., et al., <br><br> Defendants. | Civil Action No. <br><br> 2:14-cv-06373-MCA-LDW <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of a telephonic status conference on June 15, 2016; and for good cause shown;

**IT IS** on this day, June 15, 2016:

**ORDERED**, that upon agreement of the parties, defendant shall provide all outstanding written discovery responses on or before **July 15, 2016**; and it is further

**ORDERED**, that a telephone conference shall take place before the undersigned on **September 12, 2016 at 3:00 p.m.** Counsel for plaintiff shall initiate the call to Chambers at (973) 645-3574 once all parties are on the line.

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge